IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 1 2 2014
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § NO. 4:14-CV-743-A |
| | § |
| EULESS CAPITAL, L.P., a Texas | § |
| limited partnership, | § |
| | § |
| Defendant. | § |

## O R D E R

The court notes that counsel for plaintiff, James Joseph Juluke, Jr., offices in Miami, Florida. Rule LR 83.10 of the Local Civil Rules of the United States District Court for the Northern District of Texas provides that local counsel is required in all cases where an attorney appearing in a case does not reside or maintain the attorney's principal office in this district. Local counsel means a member of the bar of this court who resides or maintains the attorney's principal office in this district and whose residence or principal office is located within fifty miles of the courthouse in the Fort Worth Division of the Northern District of Texas. See LR 83.10. Although attorney Seth Crosland ("Crosland") is designated in the complaint as local counsel for plaintiff, Crosland's address is listed as Denton, Texas, which is in the Eastern District of

Texas. Accordingly, because Crosland's office is not located in this district, he fails to meet the definition of local counsel as contemplated by Rule LR 83.10. Therefore,

The court ORDERS that plaintiff by September 26, 2014, file either a written designation of local counsel or a motion for leave to proceed without local counsel.[1]

The court further ORDERS that failure of plaintiff to comply with this order may result in the imposition of sanctions without further notice, including the striking as counsel of record of plaintiff's current counsel.

SIGNED September 12, 2014.

JOHN McBRYDE
United States District Judge

---

[1] The court is rarely inclined to grant such a motion absent exceptional circumstances.

2