UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., an individual, | ) ) ) |
| Plaintiff, | ) Case No.: 4:14-cv-00743-A ) |
| v. | ) ) |
| EULESS CAPITAL, L.P. a Texas Limited Partnership, | ) ) ) |
| Defendant. | ) ) ) |

## DESIGNATION OF LOCAL COUNSEL

TO THE HONORABLE COURT:

NOW COMES Plaintiff, James Joseph Juluke Jr. ("Plaintiff") and makes the following designation of local counsel pursuant to Local Rule 83.10 and the Court's September 12, 2014, Order.

1. Plaintiff designates the following as its local counsel:

   Seth P. Crosland
   Texas Bar No. 24069551
   12225 Greenville Avenue, Suite 700
   Dallas, Texas 75243
   Tel: (214) 810-5401
   Fax: (214) 988-5794

2. Seth P. Crosland ("Mr. Crosland") is a member in good standing of the bar of the Northern District of Texas and maintains his principal office in Dallas County, Texas. Mr. Crosland spends the majority of his time working and meeting with clients at his Dallas Office.

1

3. Mr. Crosland also operates an office at 121 West Hickory, Suite 103, Denton, Texas 76201. This address is primarily used to receive mail correspondence, which is why it was used on his previous signature block.

4. Accordingly, Mr. Crosland's principal office is located within the Northern District of Texas and is also located within fifty (50) miles of the Fort Worth Division courthouse pursuant to Local Rule 83.10.

WHEREFORE, Plaintiff respectfully requests that Seth P. Crosland be designated as his local counsel and for such other and further relief to which he may be justly entitled.

Respectfully Submitted,

Louis I. Mussman

By /s/ Louis I. Mussman

Louis I. Mussman
N.D. TX No. 597155FL
Ku & Mussman, P.A.
12550 Biscayne Blvd., Suite 406
Miami, FL 33181
Tel: (305) 891-1322
Fax: (305) 891-4512
Louis@KuMussman.com

and

Seth P. Crosland
Local Counsel
Texas Bar No. 24069551
12225 Greenville Avenue
Suite 700
Dallas, Texas 75243
Tel: (214) 810-5401

Fax: (214) 988-5794
seth@wellscrosland.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed with the Court on this 18th day of September, 2014, and a true and correct copy has been furnished by U.S. Mail to: Euless Capital, L.P., c/o its registered agent: Sanford G. Chohen, 1400 Summit Tower, Eleven Greenway Plaza, Houston, Texas 77046.

By: _____
Louis I. Mussman