ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 OCT 22 AM 11:24

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., an Individual,<br><br>Plaintiff,<br><br>v.<br><br>EULESS CAPITAL, L.P.,<br>A Texas Limited Partnership,<br><br>Defendant. | Civil Action No. 4:14-cv-00743-A |

## AGREED STIPULATION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant EULESS CAPITAL, L.P. ("Defendant") files this Agreed Stipulation for Dismissal with Prejudice, and states as follows:

Defendant represents to the Court that all matters in controversy and disputes between Plaintiff and Defendant have been compromised and settled pursuant to a Settlement Agreement (the "Settlement Agreement") between the parties, and that all claims made by Plaintiff against Defendant in this action should be dismissed with prejudice.

In addition, Defendant represents that Plaintiff and Defendant agreed to request that this Court retain jurisdiction over this matter solely for the purposes of enforcement of the terms and conditions of the Settlement Agreement in regard to this matter, and by this Stipulation, Defendant requests that this Court retain jurisdiction over this matter for such purposes.

WHEREFORE, PREMISES CONSIDERED, Defendant EULESS CAPITAL, L.P. prays that this Agreed Stipulation for Dismissal with Prejudice be granted, and that all claims made by Plaintiff JAMES JOSEPH JULUKE, JR. against Defendant EULESS CAPITAL, L.P. be dismissed with prejudice, and that the Court retain jurisdiction over this matter solely for the

purposes of enforcement of the terms and conditions of the Settlement Agreement entered into by and between the parties. Defendant further prays for such other and further relief to which Defendant may show itself to be justly entitled, at law or equity.

Respectfully submitted,

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

_____
CORY D. HALLIBURTON
State Bar No. 24041044
3030 Matlock Road, Suite 201
Arlington, TX 76015
Telephone: (817) 795-5046
Facsimile: (866) 248-4297
challiburton@wkpz.com

ATTORNEYS FOR DEFENDANT
EULESS CAPITAL, L.P.

## CERTIFICATE OF CONFERENCE AND AGREEMENT

The undersigned counsel for Defendant contacted counsel for Plaintiff, Mr. Louis Mussman, who is in agreement with the contents of this Stipulation and to the relief requested.

_____
Cory Halliburton

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on counsel for Plaintiff via facsimile and electronically upon all registered ECF users who have appeared in this case on this 20th day of October, 2014.

_____
Cory Halliburton