U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 22 2014
CLERK, U.S. DISTRICT COURT
By ____________
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JAMES JOSEPH JULUKE, JR., an Individual, §
§
Plaintiff, §
§
v. § Civil Action No. 4:14-cv-00743-A
§
EULESS CAPITAL, L.P., §
A Texas Limited Partnership §
§
§
Defendant. §

**AGREED ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**

On this date the Court considered the Agreed Stipulation for Dismissal with Prejudice. In light of the agreement of the parties as evidenced by the signature of their respective counsel appearing below, the Court is of the opinion that the Stipulation should be Granted. It is, therefore,

ORDERED that Plaintiff James Joseph Juluke, Jr.'s lawsuit and causes of action asserted in this cause against Defendant Euless Capital, L.P. are dismissed with prejudice. ~~IT IS FURTHER ORDERED that this Court will retain jurisdiction over this matter solely for the purposes of enforcement of the terms and conditions of the Settlement Agreement entered into between Plaintiff and Defendant.~~

SIGNED on this the 22 day of October, 2014.

______________________
JUDGE PRESIDING

APPROVED:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: ______________________________

CORY HALLIBURTON
State Bar No. 24041044
3030 Matlock Road, Suite 201
Arlington, TX 76015
Telephone: (817) 795-5046
Facsimile: (866) 248-4297
challiburton@wkpz.com

ATTORNEYS FOR EULESS CAPITAL, L.P.

KU & MUSSMAN, P.A.

By: ______________________________

Louis I Mussman
Ku & Mussman PA
12550 Biscayne Blvd, Suite 406
Miami, FL 33181
305/891-1322
Fax: 305/891-4512
Email: louis@kumussman.com

Seth P Crosland (Local Counsel)
Crosland Law Firm
12225 Greenville Ave., Suite 700
Dallas, TX 75243
214/810-5401
Fax: 214-988-5794
Email: seth@wellscrosland.com

ATTORNEYS FOR PLAINTIFF